Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| S.C., an individual,<br><br>   Plaintiff,<br><br>vs.<br><br>BLACK HILLS FOOTBALL CLUB, a Washington nonprofit corporation; and DAVID E. CROSS, individually,<br><br>   Defendants. | No. 3:21-cv-5147-RAJ<br><br>**STIPULATION FOR AND ORDER OF PARTIAL DISMISSAL**<br><br>**(Clerk's Action Required)** |

## I.  STIPULATION

COME NOW the Plaintiff and Defendant Black Hills Football Club ("BHFC"), by and through their undersigned attorneys of record, stipulate and agree that all claims against Defendant BHFC have been fully settled and compromised, and hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii) to dismiss Defendant Black Hills Football Club with prejudice and without fees or costs to any party.

DATED this 6th day of December 2021.   DATED this 6th day of December 2021.

**PFAU COCHRAN VERTETIS AMALA PLLC**   **SMITH FREED EBERHARD P.C.**

*s/Kevin M. Hastings*   *s/Joy Lee*
Darrell L. Cochran, WSBA #22851   Thomas P. McCurdy, WSBA #41568

271i80

STIPULATION AND ORDER FOR PARTIAL DISMISSAL - Page 1

No. 3:21-cv-5147-RAJ

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

1  Kevin M. Hastings, WSBA #42316        Ashley A. Nagrodski, WSBA #40847
2  Andrew S. Ulmer, WSBA #51227          Jessica R. Kamish, WSBA #48378
   Bridget T. Grotz, WSBA #54520         Joy Lee, WSBA #47826
3  *Attorneys for Plaintiff*             *Attorneys for Defendant BHFC*

## II.  ORDER

THIS MATTER having come before this Court upon the stipulation of the parties for dismissal and the Court being fully advised, it is hereby **ORDERED, ADJUDGED AND DECREED** that Defendant Black Hills Football Club is dismissed with prejudice and without award of costs or fees to any party.

DATED this ___ day of _____ 2021.

_____
Judge Richard A. Jones
USDC Western District of Washington

Presented by:

DATED this 6th day of December 2021.        DATED this 6th day of December 2021.

**PFAU COCHRAN VERTETIS AMALA PLLC**        **SMITH FREED EBERHARD P.C.**

*s/Kevin M. Hastings*                        *s/Joy Lee*
Darrell L. Cochran, WSBA #22851              Thomas P. McCurdy, WSBA #41568
Kevin M. Hastings, WSBA #42316               Ashley A. Nagrodski, WSBA #40847
Andrew S. Ulmer, WSBA #51227                 Jessica R. Kamish, WSBA #48378
Bridget T. Grotz, WSBA #54520                Joy Lee, WSBA #47826
*Attorneys for Plaintiff*                    *Attorneys for Defendant BHFC*

271i80

STIPULATION AND ORDER FOR PARTIAL DISMISSAL - Page 2

No. 3:21-cv-5147-RAJ

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, I certify under penalty of perjury and the laws of the State of Washington that: On the below date, I delivered a true and correct copy of Stipulation and Order of Partial Dismissal via the method indicated below to the following party(ies) at their address(es) listed:

**Counsel for Plaintiff**
Darrell L. Cochran, WSBA #22851
Kevin M. Hastings, WSBA #42316
Andrew S. Ulmer, WSBA #51227
Bridget T. Grotz, WSBA #54520
Pfau Cochran Vertetis Amala PLLC
909 A Street, Suite 700
Tacoma, WA 98402
darrell@pcvalaw.com
kevin@pcvalaw.com
aulmer@pcvalaw.com
bgrotz@pcvalaw.com
laura@pcvalaw.com
sawes@pcvalaw.com
jgott@pcvalaw.com

|     | |
| --- | --- |
|     | Via Hand Delivery |
|     | Via U.S. Mail, postage prepaid First Class |
|     | Via Facsimile |
| **XXX** | Via Electronic Mail [per e-service agreement] |

DATED December 6, 2021 at Seattle, Washington.

*s/Melanie Kent*
Melanie Kent

271i80

STIPULATION AND ORDER FOR PARTIAL DISMISSAL - Page 3

No. 3:21-cv-5147-RAJ

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580