Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.C., an individual,<br><br>            Plaintiff,<br><br>   vs.<br><br>BLACK HILLS FOOTBALL CLUB, a Washington nonprofit corporation; and DAVID E. CROSS, individually,<br><br>            Defendants. | No. 3:21-cv-5147-RAJ<br><br>**STIPULATION FOR AND ORDER OF PARTIAL DISMISSAL** |

## I.  STIPULATION

COME NOW the Plaintiff and Defendant Black Hills Football Club ("BHFC"), by and through their undersigned attorneys of record, stipulate and agree that all claims against Defendant BHFC have been fully settled and compromised, and hereby jointly move the Court pursuant to Federal Rule of Civil Procedure 41(1)(a)(ii) to dismiss Defendant Black Hills Football Club with prejudice and without fees or costs to any party.

| | |
|---|---|
| DATED this 6th day of December 2021. | DATED this 6th day of December 2021. |
| **PFAU COCHRAN VERTETIS AMALA PLLC** | **SMITH FREED EBERHARD P.C.** |
| *s/Kevin M. Hastings*<br>Darrell L. Cochran, WSBA #22851 | *s/Joy Lee*<br>Thomas P. McCurdy, WSBA #41568 |

271i80

STIPULATION AND ORDER FOR PARTIAL DISMISSAL - Page 1

No. 3:21-cv-5147-RAJ

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580

| | |
|---|---|
| Kevin M. Hastings, WSBA #42316 | Ashley A. Nagrodski, WSBA #40847 |
| Andrew S. Ulmer, WSBA #51227 | Jessica R. Kamish, WSBA #48378 |
| Bridget T. Grotz, WSBA #54520 | Joy Lee, WSBA #47826 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant BHFC* |

## II. ORDER

THIS MATTER having come before this Court upon the stipulation of the parties for dismissal and the Court being fully advised, it is hereby **ORDERED, ADJUDGED AND DECREED** that Defendant Black Hills Football Club is dismissed with prejudice and without award of costs or fees to any party.

DATED this 15th day of December 2021.

*[signature]*
Judge Richard A. Jones
USDC Western District of Washington

Presented by:

DATED this 6th day of December 2021.          DATED this 6th day of December 2021.

**PFAU COCHRAN VERTETIS AMALA PLLC**          **SMITH FREED EBERHARD P.C.**

*s/Kevin M. Hastings*                          *s/Joy Lee*
Darrell L. Cochran, WSBA #22851                Thomas P. McCurdy, WSBA #41568
Kevin M. Hastings, WSBA #42316                 Ashley A. Nagrodski, WSBA #40847
Andrew S. Ulmer, WSBA #51227                   Jessica R. Kamish, WSBA #48378
Bridget T. Grotz, WSBA #54520                  Joy Lee, WSBA #47826
*Attorneys for Plaintiff*                      *Attorneys for Defendant BHFC*

STIPULATION AND ORDER FOR PARTIAL DISMISSAL - Page 2

No. 3:21-cv-5147-RAJ

271i80

SMITH FREED EBERHARD P.C.
1215 Fourth Avenue, Suite 900
Seattle, Washington 98161
Telephone: (206) 576-7575
Facsimile: (206) 576-7580